No. D–2394. IN RE DISCIPLINE OF GOODMAN. Ellis Howard Goodman, of Baltimore, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 04M30. ZENIAN v. DISTRICT OF COLUMBIA PUBLIC SERVICE COMMISSION;

No. 04M31. YOUNG v. S. E. JOHNSON COS., INC.;

No. 04M32. COLEN v. LOS ANGELES COUNTY BOARD OF SUPERVISORS ET AL.;

No. 04M33. DELUCA v. UNITED STATES;

No. 04M34. DORROUGH v. UNITED STATES;

No. 04M36. NISEWARNER v. UNITED STATES;

No. 04M37. SIBLEY v. SIXTH RMA PARTNERS, L. P., AKA RMA PARTNERS, L. P.; and

No. 04M38. PANEZO v. SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 04M35. ROSS v. CONNECTICUT. Motion to defer consideration denied. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 105, Orig. KANSAS v. COLORADO. Motion of the Special Master for interim fees and expenses granted, and the Special Master is awarded a total of $10,060.80 for the period January 26 through November 16, 2004, to be paid equally by the parties. [For earlier decision herein, see, *e. g., ante,* p. 86.]

No. 02–1672. JACKSON v. BIRMINGHAM BOARD OF EDUCATION. C. A. 11th Cir. [Certiorari granted, 542 U. S. 903.] Motion of respondent for leave to file a supplemental brief after argument denied.